IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CV-406

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **COMPLAINT FOR FORFEITURE** |
| Plaintiff, ) | **IN REM** |
| ) | |
| v. ) | |
| ) | |
| BOYD'S PERSONAL PROPERTY, ) | |
| SPECIFICALLY DESCRIBED AS ) | |
| FOLLOWS: ) | |
| ) | |
| **$13,844.00 IN U. S. CURRENCY,** ) | |
| ) | |
| **ASSORTED FIREARMS:** ) | |
| ) | |
| (1) FN HERSTAL PISTOL, ) | |
| SERIAL NUMBER 386133238; ) | |
| (2) BERETTA PISTOL, ) | |
| SERIAL NUMBER BER494176; ) | |
| (3) SPRINGFIELD ARMORY PISTOL,) | |
| SERIAL NUMBER US338666; ) | |
| (4) SPRINGFIELD ARMORY PISTOL,) | |
| SERIAL NUMBER US703225; ) | |
| (5) REMINGTON SHOTGUN, SERIAL ) | |
| NUMBER C363736U; ) | |
| (6) REMINGTON SHOTGUN, SERIAL ) | |
| NUMBER AB223176M; ) | |
| (7) WINCHESTER SHOTGUN, SERIAL) | |
| NUMBER L3218594 AND CARRY ) | |
| CASE; ) | |
| (8) FEG RIFLE, SERIAL NUMBER ) | |
| EF4486H; ) | |
| (9) CENTURY INTERNATIONAL ARMS) | |
| RIFLE, SERIAL NUMBER TTL03622;) | |
| (10) CENTURY INTERNATIONAL ) | |
| ARMS RIFLE, ) | |
| SERIAL NUMBER M70B01563; ) | |
| (11) NORINCO RIFLE, SERIAL ) | |
| NUMBER 26004534; ) | |
| (12) NORINCO RIFLE, SERIAL ) | |
| NUMBER 11137007B; ) | |
| (13) FEG RIFLE, ) | |

1

SERIAL NUMBER DA8960H;            )
(14) SPRINGFIELD ARMORY RIFLE,)
SERIAL NUMBER 228858;             )
(15) DPMS PANTHER ARMS RIFLE, )
SERIAL NUMBER FH68730;            )
(16) PANTHER ARMS RIFLE,          )
SERIAL NUMBER F044367;            )
(17) BUSHMASTER RIFLE, SERIAL )
NUMBER L416313;                   )
(18) CENTURY INTERNATIONAL    )
ARMS RIFLE,                       )
SERIAL NUMBER M70AB21222;     )
(19) SPRINGFIELD ARMORY RIFLE,)
SERIAL NUMBER 207638;             )
(20) CN ROMARM SNCUGIR ROMANIA)
RIFLE,                            )
SERIAL NUMBER D-2388-75-RO;   )
(21) NORINCO RIFLE, SERIAL    )
NUMBER 1300385;                   )
(22) BERETTA PISTOL, SERIAL   )
NUMBER E9980Z;                    )
(23) C91 SPORTER CENTURY ARMS )
RIFLE, SERIAL NUMBER G27396;  )
(24) C91 SPORTER CENTURY ARMS )
RIFLE, SERIAL NUMBER G26759;  )
(25) SAIGA RIFLE, SERIAL      )
NUMBER 41487;                     )
(26) RUGER RIFLE, SERIAL      )
NUMBER 58086591;                  )
(27) SMITH & WESSON PISTOL,   )
SERIAL NUMBER K209 L 07;          )
(28) CENTURY ARMS             )
INTERNATIONAL RIFLE, SERIAL   )
NUMBER M70AB12971;                )
(29) SIG SAUER PISTOL, SERIAL )
NUMBER M441339;                   )
                                  )
AND                               )
                                  )
**ASSORTED ROUNDS OF AMMUNITION** )
**AND VARIOUS WEAPON ACCESSORIES**)
**AND TACTICAL EQUIPMENT:**       )
                                  )
(1)BANDOLER WITH SHOTGUN      )
SHELLS;                           )
(2) HANDGUN MAGAZINES;            )
(3) TACTICAL HOLSTER;             )

2

```
(4) LEATHER HOLSTER;           )
(5) RIFLE BI-POD;              )
(6) BOX OF MISCELLANEOUS       )
AMMUNITION;                    )
(7) WINCHESTER SPOTTING SCOPE  )
IN HARD CASE;                  )
(8) BACKPACK CONTAINING LOADED )
 MAGAZINES;                    )
(8) TACTICAL HOLSTER;          )
(9) SPRINGFIELD ARMS BARSKA    )
SCOPE;                         )
(10) GUN BOX;                  )
(11) SIGHTING ACCESSORIES;     )
(12) MAGAZINES AND GUN PARTS;  )
(13) SHOOTING PARAPHERNALIA;   )
(14) NUMEROUS EMPTY MAGAZINES; )
(15) MISCELLANEOUS MILITARY    )
STYLE AMMUNITION POUCHES AND   )
WEB GEAR;                      )
(16) AMMUNITION, HOLSTER,      )
SCOPE HANDGUN CASE,            )
                               )
              Defendants.      )
```

The United States of America, by the United States Attorney for the Eastern District of North Carolina, states as follows:

1. This is a civil action in rem brought to enforce the provision of 18 U.S.C. § 981(a)(1)(G) for the forfeiture of assets of an individual, Daniel Patrick Boyd, engaged in planning or perpetrating a crime of terrorism, as defined in 18 U.S.C. § 2332b(g)(5), that is, 18 U.S.C. §§ 956(a) and 2339A.

2. This is a civil action in rem also brought to enforce the provision of 18 U.S.C. § 924(d)(1), which provides that with respect to any firearm and ammunition used in a knowing

3

violations of 18 U.S.C. §§ 922(d)(1) & (g)(1), and 924(c), seizure and forfeiture shall be required.

3.  This Court has subject matter jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355(a). The Court has in rem jurisdiction by virtue of 28 U.S.C. § 1355(b). Venue in this district is proper by virtue of 28 U.S.C. §§ 1395(b).

4.  The defendant currency was seized in Wake County, North Carolina and is currently located in the Seized Asset Deposit Fund Account maintained by the United States Marshal for the Eastern District of North Carolina, within the jurisdiction of this Court.

5.  The defendant firearms and ammunition were seized in Johnston County, North Carolina and are currently in the custody of the Federal Bureau of Investigation of the Eastern District of North Carolina, within the jurisdiction of this Court.

6.  The potential claimants in this action are Daniel Patrick Boyd, Dylan Boyd, Zakariya Boyd, and Sabrina Boyd.

7.  The facts and circumstances supporting the seizure and forfeiture of the defendants are contained in Exhibit A, Declaration of Special Agent William J. Logallo of the Federal Bureau of Investigation, which is attached hereto and incorporated herein by reference. Such facts constitute probable cause for the forfeiture of the defendant property.

8. The defendants were assets of an individual, Daniel Patrick Boyd, engaged in planning or perpetrating a crime of terrorism, as defined in 18 U.S.C. § 2332b(g)(5), that is, 18 U.S.C. §§ 956(a) and 2339A, and are, therefore, subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(G), or, in addition or alternatively, were firearms and ammunition used in a knowing violations of 18 U.S.C. §§ 922(d)(1) & (g)(1), and 924(c), and are, therefore, subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1).

WHEREFORE, in accordance with Supplemental Rule G(3)(b)(i), the plaintiff requests that the Clerk issue a warrant of arrest in rem for the defendants; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendants be forfeited to the United States of America for disposition according to law, including destruction; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 9th day of August, 2017.

        JOHN STUART BRUCE
        United States Attorney

BY:   /s/ Stephen A. West
      STEPHEN A. WEST
    Assistant United States Attorney
    Attorney for Plaintiff
    Civil Division
    310 New Bern Avenue, Suite 800
    Federal Building
    Raleigh, NC  27601-1461
    Telephone:  (919) 856-4530
    Facsimile:  (919) 856-4821
    E-mail: steve.west@usdoj.gov
    NC State Bar No. 12586

## VERIFICATION

I, Stephen A. West, Assistant United States Attorney for the Eastern District of North Carolina, declare under penalty of perjury, as provided by 28 U.S.C. Section 1746, the following:

That the foregoing Complaint for Forfeiture is based on reports and information furnished to me by Special Agent William J. Logallo of the Federal Bureau of Investigation, and to the best of my information and belief, is true and correct.

This the 9th day of August, 2017.

     /s/ Stephen A. West
    STEPHEN A. WEST
    Assistant United States Attorney
    Civil Division