

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 18, 2017 and September 16, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Boyd's Personal Property, et al.

**Court Case No:** 5:17-CV-406-FL
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/18/2017 | 24.0 | Verified |
| 2 | 08/19/2017 | 24.0 | Verified |
| 3 | 08/20/2017 | 24.0 | Verified |
| 4 | 08/21/2017 | 24.0 | Verified |
| 5 | 08/22/2017 | 24.0 | Verified |
| 6 | 08/23/2017 | 24.0 | Verified |
| 7 | 08/24/2017 | 24.0 | Verified |
| 8 | 08/25/2017 | 24.0 | Verified |
| 9 | 08/26/2017 | 24.0 | Verified |
| 10 | 08/27/2017 | 24.0 | Verified |
| 11 | 08/28/2017 | 24.0 | Verified |
| 12 | 08/29/2017 | 24.0 | Verified |
| 13 | 08/30/2017 | 24.0 | Verified |
| 14 | 08/31/2017 | 24.0 | Verified |
| 15 | 09/01/2017 | 24.0 | Verified |
| 16 | 09/02/2017 | 24.0 | Verified |
| 17 | 09/03/2017 | 24.0 | Verified |
| 18 | 09/04/2017 | 24.0 | Verified |
| 19 | 09/05/2017 | 24.0 | Verified |
| 20 | 09/06/2017 | 24.0 | Verified |
| 21 | 09/07/2017 | 24.0 | Verified |
| 22 | 09/08/2017 | 24.0 | Verified |
| 23 | 09/09/2017 | 24.0 | Verified |
| 24 | 09/10/2017 | 24.0 | Verified |
| 25 | 09/11/2017 | 24.0 | Verified |
| 26 | 09/12/2017 | 24.0 | Verified |
| 27 | 09/13/2017 | 24.0 | Verified |
| 28 | 09/14/2017 | 24.0 | Verified |
| 29 | 09/15/2017 | 24.0 | Verified |
| 30 | 09/16/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.



GOVERNMENT EXHIBIT H

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA, WESTERN DIVISION
# COURT CASE NUMBER: 5:17-CV-406-FL; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

$13,844.00 U.S. Currency

ASSORTED FIREARMS:

(1) FN HERSTAL PISTOL, SERIAL NUMBER 386133238;
(2) BERETTA PISTOL, SERIAL NUMBER BER494176;
(3) SPRINGFIELD ARMORY PISTOL, SERIAL NUMBER US338666;
(4) SPRINGFIELD ARMORY PISTOL, SERIAL NUMBER US703225;
(5) REMINGTON SHOTGUN, SERIAL NUMBER C363736U;
(6) REMINGTON SHOTGUN, SERIAL NUMBER AB223176M;
(7) WINCHESTER SHOTGUN, SERIAL NUMBER L3218594 AND CARRY CASE;

(8) FEG RIFLE, SERIAL NUMBER EF4486H;
(9) CENTURY INTERNATIONAL ARMS RIFLE, SERIAL NUMBER TTL03622;
(10) CENTURY INTERNATIONAL ARMS RIFLE, SERIAL NUMBER M70B01563;
(11) NORINCO RIFLE, SERIAL NUMBER 26004534;
(12) NORINCO RIFLE, SERIAL NUMBER 11137007B;
(13) FEG RIFLE, SERIAL NUMBER DA8960H;
(14) SPRINGFIELD ARMORY RIFLE, SERIAL NUMBER 228858;
(15) DPMS PANTHER ARMS RIFLE, SERIAL NUMBER FH68730;
(16) PANTHER ARMS RIFLE, SERIAL NUMBER F044367;
(17) BUSHMASTER RIFLE, SERIAL NUMBER L416313;
(18) CENTURY INTERNATIONAL ARMS RIFLE, SERIAL NUMBER M70AB21222;

(19) SPRINGFIELD ARMORY RIFLE, SERIAL NUMBER 207638;
(20) CN ROMARM SNCUGIR ROMANIA RIFLE, SERIAL NUMBER D-2388-75-RO;
(21) NORINCO RIFLE, SERIAL NUMBER 1300385;
(22) BERETTA PISTOL, SERIAL NUMBER E9980Z;
(23) C91 SPORTER CENTURY ARMS RIFLE, SERIAL NUMBER G27396;
(24) C91 SPORTER CENTURY ARMS RIFLE, SERIAL NUMBER G26759;
(25) SAIGA RIFLE, SERIAL NUMBER 41487;
(26) RUGER RIFLE, SERIAL NUMBER 58086591;
(27) SMITH & WESSON PISTOL, SERIAL NUMBER K209 L 07;
(28) CENTURY ARMS INTERNATIONAL RIFLE, SERIAL NUMBER M70AB12971;

(29) SIG SAUER PISTOL, SERIAL NUMBER M441339;

ASSORTED ROUNDS OF AMMUNITION AND VARIOUS WEAPON ACCESSORIES AND TACTICAL EQUIPMENT:

(1) BANDOLER WITH SHOTGUN SHELLS;

(2) HANDGUN MAGAZINES;
(3) TACTICAL HOLSTER;
(4) LEATHER HOLSTER;
(5) RIFLE BI-POD;
(6) BOX OF MISCELLANEOUS AMMUNITION;
(7) WINCHESTER SPOTTING SCOPE IN HARD CASE;
(8) BACKPACK CONTAINING LOADED MAGAZINES;
(8) TACTICAL HOLSTER;
(9) SPRINGFIELD ARMS BARSKA SCOPE;
(10) GUN BOX;
(11) SIGHTING ACCESSORIES;
(12) MAGAZINES AND GUN PARTS;
(13) SHOOTING PARAPHERNALIA;
(14) NUMEROUS EMPTY MAGAZINES;
(15) MISCELLANEOUS MILITARY STYLE AMMUNITION POUCHES AND WEB GEAR;
(16) AMMUNITION, HOLSTER, SCOPE, HANDGUN CASE

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (August 18, 2017) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, P.O. Box 25670, Raleigh, NC 27611, and copies of each served upon Assistant United States Attorney Stephen West, 310 New Bern Avenue, Terry Sanford Federal Building, Suite 800, Raleigh, NC 27601-1461, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.